# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHIELDS,<br><br>                    Petitioner,<br>    v.<br><br>STU SHERMAN, Warden,<br><br>                    Respondent. | Case No. CV 15-08139 FMO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. Petitioner's objections are overruled. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) petitioner's request for an evidentiary hearing is denied; and (3) Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: October 17, 2016                                                  /s/
                                                                                _____
                                                                                FERNANDO M. OLGUIN
                                                                                UNITED STATES DISTRICT JUDGE