# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DANIEL SHIELDS,

              Petitioner,

    v.

STU SHERMAN, Warden,

              Respondent.

Case No. CV 15-08139 FMO (AFM)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 17, 2016

                              /s/

                _____

                     FERNANDO M. OLGUIN
                UNITED STATES DISTRICT JUDGE